UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM COX, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION, <br><br> Defendant. | Civil Action No. <br> 13-10379-FDS |

## JUDGMENT

**SAYLOR, J.**

This action was tried to a jury, which returned a verdict in favor of plaintiff William Cox as to Count Two (violation of the Americans with Disabilities Act) against defendant Massachusetts Department of Correction. Subsequent to the trial, the Court issued orders on post-trial motions; the parties reached a settlement as to the request for injunctive relief; and the Court issued an order concerning attorneys' fees and costs.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby entered in favor of plaintiff William Cox against defendant Massachusetts Department of Correction in the amount of $201,000, plus attorneys' fees in the amount of $405,077.50 ($195,880 to attorney Rosemary Scapicchio and $209,197.50 to attorney Amy Codagnone) and $5,039.37 in costs ($4,960.93 to attorney Rosemary Scapicchio and $78.44 to attorney Amy Codagnone). Post-judgment interest shall accrue at the rate of 2.32% per annum.

**So Ordered.**

                                        /s/ F. Dennis Saylor IV
                                        F. Dennis Saylor IV
Dated:  May 16, 2019              United States District Judge