UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 13-10379-FDS |
| | ) | |
| MASSACHUSETTS DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND AMENDED JUDGMENT

**SAYLOR, J.**

This action was tried to a jury, which returned a verdict in favor of plaintiff William Cox as to Count Two (violation of the Americans with Disabilities Act) against defendant Massachusetts Department of Correction. Subsequent to the trial, the Court issued orders on post-trial motions; the parties reached a settlement as to the request for injunctive relief; the Court issued an order concerning attorneys' fees and costs; and the Court granted a motion to correct a clerical error in the judgment.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby entered in favor of plaintiff William Cox against defendant Massachusetts Department of Correction in the amount of $201,000, plus attorneys' fees in the amount of $405,077.50 ($195,880 to attorney Rosemary Scapicchio and $209,197.50 to attorney Amy Codagnone) and $5,039.37 in costs ($4,960.93 to attorney Rosemary Scapicchio and $78.44 to attorney Amy Codagnone). Pre-judgment interest is calculated from the date of filing

of the complaint until the date of the judgment, calculated at an interest rate of 2.32% per annum, compounded annually.

**So Ordered.**

Dated:  September 10, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge